IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHILD PROTECT, LLC,** Plaintiff, v. **HTC AMERICA, INC., et al.,** Defendant. | Case No. 6:10-cv-171 |

## ORDER

The Court having considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice hereby DISMISSES WITHOUT PREJUDICE Defendants HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., MOTOROLA, INC., NOKIA SIEMENS NETWORKS, NOKIA, INC., RESEARCH IN MOTION CORPORATION, RESEARCH IN MOTION LIMITED, SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SANYO ELECTRIC CO., LTD., SANYO ELECTRONIC DEVICE (U.S.A.), INC., SONY ERICSSON MOBILE COMMUNICATIONS AB, and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.

So ORDERED and SIGNED this 6th day of May, 2010.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**